Page 1 of 1

| 57 | Pending |
|---|---|
| **COURT BRANCH** | **COURT DATE** |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(3-81) CCMC-1-219

STATE OF ILLINOIS                                      THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

I, P.O. Joseph RIZZI #3808 Chicago Police Department, Special Operations Section, and John Doe, Complainant now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

"Saul", m/4/35 yoa, 5'09, 180 lbs, light skin

and the premises:

Unit #2 at the Southwick Storage, located at 9218 Corsair Rd., Frankford, Will County, Illinois

and seize the following instruments, articles and things:

To wit: A quantity of cocaine, any instruments used in the weighing, cutting or mixing of illegal narcotics. Any money or records detailing illegal narcotic transactions.

which have been used in the commission of, or which constitute evidence of the offense of:

720ILCS570/402 Unlawful Possession of a Controlled Substance

Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, P.O. Joseph RIZZI #3808 have been a Chicago Police Officer for the past 10 years. I am currently assigned to the Special Operations Section. On May 23, 2006, I had a conversation with a person who is hereafter known as John Doe #1 which lead to the execution of search warrant 06SW5369 at 14346 S. Karlov, in Midlothian, Cook County, Illinois, and a copy of the complaint for search warrant 06SW5369 is attached and incorporated here. During the execution of search warrant 06SW5369 officers recovered 19 Kilos of cocaine and a sum of United States Currency, totaling approx $160,000.00. The arrestee from the Midlothian location hereafter known as John Doe #2 related to P.O. Joseph RIZZI #3808 that he obtained the 19 Kilos of cocaine from a person known as "Saul", m/4/35 yoa, 5'09, 180 lbs, light skin. On May 20, 2006 John Doe #2 took possession of the 19 kilos of cocaine and was given credit for the 19 kilos of cocaine by "Saul", to make payment to "Saul" at a later date. Also on May 20, 2006, John Doe #2, related to P.O. Joseph RIZZI #3808, that he went to the location of 9218 Corsair Rd., Frankford, Will County, Illinois, where John Doe #2 met with "Saul" at storage unit #2. "Saul" asked John Doe #2 how many "bricks" do you need," bricks" being a street term for a kilo of cocaine. "Saul" opened the door to unit #2 storage area

_John Doe #2_                                   _P.O. Jerre Rizzi 3808_
John Doe #2                                    COMPLAINANT

Subscribed and sworn to before me on ..........................................   May 23, 2006

_[signature]_ 1688
JUDGE                                           Judge's No.

SNCHZ_001_0069

Case 1:09-cr-00332 Document 506-3 Filed 09/13/11 Page 2 of 3 PageID 2102
Case: 13-2321 Document: 7-8 Filed: 07/11/2013 Pages: 7

Page 2 of 2

| 57 | Pending |
|---|---|
| COURT BRANCH | COURT DATE |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(3-81) CCMC-1-219

STATE OF ILLINOIS  THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

and gave John Doe #2 some white powder substance from a clear and partially taped package. John Doe #2 ingested this white powder substance and received a euphoric high. John Doe #2 stated that this is the same euphoric high John Doe #2 gets from ingesting cocaine. John Doe #2 observed more similar taped "bricks" inside the storage unit. John Doe #2 stated to P.O. Joseph RIZZI #3808 that "Saul" had two hundred more "bricks", each containing white powder substance. "Saul" stated to John Doe #2 " see all these "bricks" I have to get rid of, and could you move and sell these "bricks" for some serious money". John Doe #2 stated to "Saul" no thanks, since John Doe #2 already took possession of 19 kilos of cocaine and then left storage unit #2. John Doe #2 related to P.O. Joseph RIZZI #3808 that John Doe #2 has been ingesting cocaine for the past 3 years. John Doe #2 also related to P.O. Joseph RIZZI #3808 that John Doe #2 has been to the storage unit three times in the last month and that "Saul" always has "bricks" inside the storage unit. P.O. Joseph RIZZI #3808 and John Doe #2 drove pass storage unit #2 at 9218 Corsair Rd., Frankford, Will County, Illinois and confirmed that there was a storage unit #2 at this location and stated that this is the same storage unit that "Saul" gave John Doe #2 cocaine on May 20, 2006. Based on these facts, it is respectfully requested that a search warrant be issued for "Saul", m/4/35 yoa,5'09,180 lbs, light skin and the storage unit #2 at 9218 Corsair Rd., Frankford, Will County, Illinois.

_John Doe #2_
John Doe #2
Subscribed and sworn to before me on

_P.O. Joseph Rizzi #3808_
COMPLAINANT
May 23, 2006

_Judge signature_ 1688
JUDGE    Judge's No.

14:45  5/23/06  06 SW 5376  ASA PAT COUGHLIN

Page 1 of 1
(3-81) CCMC-1-220

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

On this day, P.O. Joseph RIZZI #3808, Chicago Police Department, Special Operations Section, and John Doe, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

"Saul", m/4/35 yoa, 5'09, 180 lbs, light skin

### and the premises:

Unit #2 at the Southwick Storage, located at 9218 Corsair Rd., Frankford, Will County, Illinois

### and seize the following instruments, articles and things:

To wit: A quantity of cocaine, any instruments used in weighing, cutting or mixing of illegal narcotics. Any money or records detailing illegal narcotic transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

720ILCS570/402 Unlawful Possession of a Controlled Substance

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge                                      or before any court of competent jurisdiction.

_Paul P Biebel_   1688
JUDGE             Judge's No.

Date and time of issuance: May 23, 2006   4:05 pm

*handwritten margin notes: 14:45, 5/23/06, 06 SW 5376, rSo PAT COUGHLIN*

SNCHZ_001_0071

description (include Property Inventory numbers) If property taken was scribed for Operation Identification, indicate I.D. number at the end of Narrative. Offenders approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If Suspect is arrested give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## Asset Forfeiture Supplementary Report
### CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**HM-369076**

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | Revised IUCR |
|---|---|---|---|
| Suspect Drug Proceeds | | DNA | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| 9218 Corsair Dr. Frankfort, Ill | Other | 330 | 23 May 06 | 1940 | 3100 | 4423 |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| | State of Illinois | 024 | | Field | 196 | DNA | DNA |

| Offenders | Offenders Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | | 024 | 0 | N/A | 0 | 0 | No | No |

Update Information  *See Narrative For Updated Information

Victim Verified [ ]   Offender Verified [ ]   Property Verified [ ]   Circumstances Verified [ ]
Victim Update [ ]    Offender Updated [ ]    Property Updated [ ]   Circumstances Updated [ ]

**STATUS**
0 - Prog   1 - Sus   2 - Unf   3 - C/C   4 - C/O   5 - C/C/X   6 - C/O/X   7 - C/N/C

**HOW CLEARED**
1 - Arrest   2 - Juv-CI   3 - Ref Pros   4 - Comm Adj   5 - Other

**EVENT NUMBER:** 20051
**R.D. NUMBER:** HM-369076

This Is an Asset Forfeiture Section Investigation By Beat 6115

AFU #                          06-262

Date & Time Assigned           24 May 06

Recovered                      Inventory# 10753382
                               $20,979.00 USC
                               Recovered from the rear

                               Inventory# 10753383
                               $16,990.00 USC
                               Recovered From

                               Inventory# 10753384
                               $ 29,980.00 USC
                               Recovered from

                               Above items found by P.O.
                               And recovered by:

| 90 EXTRA COPIES REQ'D | | 91 DATE SUBMITTED | TIME | 92 SUPERVISOR APPRV-STAR | |
|---|---|---|---|---|---|
| | | 25 May 06 | | | |
| 93 REPORTING OFFICER--PRINT | STAR | 94 REPORTING OFFICER | STAR | SIGNATURE | |
| J Downes | 10739 | | | | |
| SIGNATURE | | SIGNATURE | | DATE APPROVED-----TIME | |

CPD-11 411/C-B(Rev 3/97)COMPUTER GENERATED                SIGNATURES IN BLUE INK

Event Number: ~~~~~　　　　　　　　　　　　　　　　　　RD Number: HM-309070

This Is an Asset Forfeiture Section Investigation By Beat 6115

Page 2

|  |  |
|---|---|
|  | <u>One 1994 Red Ford</u><br>Mustang Vin# 1FALP42T8RF162241 registered to Johnathon Doyal 16132 Golfview Drive Lockport ILL. |
|  | <u>One 1970 Blue Ford F-100</u><br>Vin# F10BKJ33163 registered to Andres Torres 6339 S. Lamon Chicago, ILL   Mexico Plates- JK61707 registered to Napolean Torres Juarez, Mexico |
|  | <u>One 1967 Red Chevy Chevelle</u><br>Vin# 136679Z355520<br>the vin comes back with no record on file. ILL Plate on the vehicle 4563564 is registered to Cecelia Torres on 1999 Lexus Utility at 6339 S. Lamon |
|  | <u>One Orange 1999 Yamaha Motorcycle</u><br>Vin# JYARN02E0XA004485 registered Andres Torres 24907 S. Center Rd. Frankfort Illinois |
| Basis For Forfeiture | Suspect Drug Proceeds |
| Recovered From | 1994 Red Ford MGT Back seat in three separate locations in three separate plastic bags. |
| Charges/Court Date/Branch | None |
| Criminal Record Identifiers | None |
| Date/Time/Location | 23 May 06/1940hrs/ 9218 Corsair Dr. Frankfort, ILL |
| Vehicles Recovered |  |
| Other Evidence | None |
| Pervious Forfeitures | None |
| Other Persons Present | Lewellen, Glenn- Owner of 9218 Corsair Frankfort Illinois Unit #2 and Unit #5 |
| Interviewed | Lewellen, Glenn   DOB 02 April 56   SS# 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<br>Address: 11600 Swinford Lane Mokena Illinois |

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
|  |  |

Event Number: 20051
This Is an Asset Forfeiture Section Investigation By Beat 6115

Page 3

Investigation:
On 23 May 06 Beat 4423, 4420, and 4490 of the Special Operations Section executed a "John Doe" search warrant #06SW5376 at 9218 Corsair Dr. in Frankfort Ill. specifically Unit #2. The information obtained for the search warrant was related to R/Os by "John Doe" who was arrested earlier from a previously executed search warrant # 06SW5369 at 14346 S. Karlov in Midlothian Illinois. John Doe had given information that he had secured his cocaine from this location and had observed a large quantity of cocaine being stored at this location.
Entry was made at 1940hrs by above mentioned beats. Beat 4638C Canine unit was requested. A search of several locations within the large area was conducted with negative results, until they came upon one of the vehicles. Canine "Zander" searched a 1994 Red Ford convertible and gave his handler a positive indication in the back seat of the vehicle. Items recovered from the vehicle were three plastic bags containing a large sum of USC which totaled $67 949.00
 Four vehicles listed as follows were also removed and taken to Homan square. One1969 Red Chevy Chevelle , one 1970 blue Ford 100 Pick-up, one 1994 red Ford MGT, and one Orange 1999 Yamaha Motorcycle.
 I/O interviewed Lewellen and his responses and statements are as follows. Subject related Unit #2 is a 4000 square foot Commercial Condominium with a concrete floor, overhead door and an interior office of approximately 100 square feet. Title to this property is held By Glenn Lewellen. The purchase price was $324,000 and the mortgage is $243,000. The deed was recorded in the Will County Recorders office on 22Dec05
 Glenn Lewellens had been employed by the Chicago Police Dept. till June of 2002. At which time he took a leave of absence and stated he froze his pension till he turned 50 . He related to I/O that he and his partner got into the land developing business after he left the Police Dept., he also related they were building  single family homes. He formed his corporation ,Lewellen Home Builders in November of 2000 and he is the President and Registered Agent for the corporation. The Corporation is currently in good standing with the State of Illinois. I/O asked Lewellen who his partner was and he stated " If your going to put the cuff's on me I'll tell you, if you not I'd rather not say at this time."
Subject stated that he had purchased 100 acres of un-improved vacant land in Mokena. He would put sidewalks and roads in the development then subdivide the land into 1/4 acre separate build able lots and then sell them to individual builders. He had 153 total lots in all and has sold and closed on 151 of them to date . He stated that he sold the lots for $160,000 each . The name of the project was called "Bridges of Mokena", he stated he made a lot of money. I/O asked subject who the vehicles in the storage unit belonged to he stated that the 55 and 57 Chevy's are his but the other vehicles belonged to Andres Torres. I/O asked who Andres Torres was and what kind of relationship he had with him. He responded by saying Torres was a painter and that he had met him about six years ago. He had contracted him to paint some of the houses that he had built. He had paid him by check from his corporation. He sated that Torres had bartered with him to use the space to store the vehicles. The deal was Torres would build-out and paint the interior office in lieu of paying rent. This had been going on since subject had bought the unit in February of 06. Subject stated there was another mustang in there but Torres took it out approximately one month ago. I/O asked when subject had last talked to or seen Torres and he responded by saying about a week to ten days ago before he left to go to Mexico for vacation. Subject stated that he originally let Torres park his cars in unit #5 but it has no security system in it because subject has it for sale and the property gets viewed by prospective buyers. Subject stated that himself and Torres are the only individuals that have the security code to gain access to the unit.
I/O asked subject what brought him out to his unit today, and he responded by saying his neighbor John

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
|  |  |

SNCHZ_001_0111

This Is an Asset Forfeiture Section Investigation By Beat 6115

Page 4

Bitter who owns and operates PIP Printing which is next door called him at approximately 1445 hrs. to let him know that the police were in front of his door.
I/O would like to document an observation made on subject when he was able to view the name on the warrant he stated that it didn't surprise him and now he knows what this was all about.

This investigation is being submitted to the State's Attorney's Office, Asset Forfeiture section to make a determination as to wether or not forfeiture proceedings should be initiated against the recovered currency, as set forth under the Illinois Forfeiture Law.

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
|  |  |

SNCHZ_001_0112